**Terri L. WILLIAMS, Plaintiff–Appellant,**

v.

**Kathleen SEBELIUS, Secretary, Department of Health and Human Services; Ann Taubenheim, Supervisory Public Health Advisor, National Institutes of Health, National Heart, Lung and Blood Institutes, Department of Health and Human Services; Timothy Wheeles, Acting Executive Officer, National Institutes of Health, Department of Health and Human Services; Sally McDonough, Director of Communications, National Institutes of Health, National Heart, Lung and Blood Institutes, Department of Health and Human Services, Defendants–Appellees.**

No. 14–2231.

United States Court of Appeals, Fourth Circuit.

Submitted: April 15, 2015.

Decided: April 28, 2015.

Terri L. Williams, Appellant Pro Se. Alex Gordon, Assistant United States Attorney, Greenbelt, Maryland, for Appellees.

Before NIEMEYER and AGEE, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Terri Williams appeals the district court's order denying relief on her complaint under 42 U.S.C. § 1981 (2012), Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e to 2000e–17 (2012), and the Age Discrimination in Employment Act of 1967, 29 U.S.C. §§ 621–634 (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Williams v. Burwell,* 8:13–cv–02527–RWT, 2014 WL 5797777 (D.Md. Nov. 5, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*